■ In the Matter of ALBERT HARRIOTT, Petitioner, v MICHAEL SHEAHAN, as Superintendent of Five Points Correctional Facility, Respondent. [13 NYS3d 915]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent which found petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

Lahtinen, J.P., McCarthy, Egan Jr. and Devine, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.